UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS - 6

CIVIL MINUTES REOPENING/CLOSING

Case No. SACV 03-01754-CJC(MLGx)                    Date July 9, 2010

Title  Joseph C. Ramirez v. City of Buena Park, et al

Present: THE HONORABLE CORMAC J. CARNEY, U.S. DISTRICT JUDGE

| Michelle Urie | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys for Plaintiff | Attorneys for Defendant |
|---|---|
| None Present | None Present |

Proceedings:        ☐ In Court        X In Chambers        ☐ Counsel Notified

☐   Case previously closed in error.  Make JS-5.

X   Case should have been closed on entry dated April 13, 2010 [90].  Make JS-6.

☐   Case settled but may be reopened if settlement is not consummated within __ days.  Make JS-6.

☐   Other _____

☐   Entered _____.

CV-74 (08/97)                                    Initials by Deputy Clerk    MU