MITCHELL E. ABBOTT (State Bar No. 64990)
ROBERT C. CECCON (State Bar No. 115496)
GINETTA L. GIOVINCO (State Bar No. 227140)
RICHARDS, WATSON & GERSHON
 A Professional Corporation
355 South Grand Avenue, 40th Floor
Los Angeles, CA 90071-3101
Telephone: (213) 626-8484
Facsimile: (213) 626-0078

Attorneys for Defendants, *City of Buena Park
and Pedro Montez*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| JOE RAMIREZ,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY OF BUENA PARK, PEDRO MONTEZ, FRANK HORNUNG, and MARC ODOM,<br><br>        Defendants. | Case No. SACV03-1754 CJC (MLGx)<br><br>**JUDGMENT PURSUANT TO STIPULATION** [~~PROPOSED~~] |

Hon. Cormac J. Carney
United States District Judge

Upon the stipulation of the parties, and for good cause shown, now therefore,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that judgment shall be entered in favor of the plaintiff, Joe Ramirez, and against defendant, City of Buena Park, for nominal damages in the sum of one dollar ($1.00), in compensation for the unlawful pat-down search alleged in the first claim for relief in plaintiff's complaint..

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment shall be entered in favor of plaintiff, Joe Ramirez, and against defendant, City of Buena Park in the agreed total sum of $15,000, in full and final settlement and satisfaction of all claims by plaintiff for costs of suit or attorney's fees, pursuant to 42 U.S.C. §1988 or otherwise.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that pursuant to the mandate of the United States Court of Appeals for the Ninth Circuit, judgment shall be entered in favor of defendants, City of Buena Park, Pedro Montez, Frank Hornung, and Marc Odom, and against plaintiff, Joe Ramirez, on all other issues and claims alleged in plaintiff's complaint.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that each party shall bear its own costs and attorney's fees, except as otherwise provided in this Judgment.

The Clerk is directed to enter this judgment.

DATED:   July 14, 2010

_____
Cormac J. Carney
United States District Judge